IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
NO.: 1:08-CV-00325

| | | |
|---|---|---|
| R.K. & J.R. PATEL PARTNERSHIP, R.K. PATEL, JAY PATEL, AND RAM-LAKHAN, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WYNDHAM HOTELS AND RESORTS, LLC, WYNDHAM MANAGEMENT CORPORATION, WYNDHAM WORLDWIDE HOSPITALITY OPERATIONS, INC., TRAVELODGE HOTELS, INC., DAYS INNS WORLDWIDE, INC., CENDANTCOM, INC., AND DOES 1-10, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | NOTICE OF REMOVAL <br> 28 U.S.C. § 1441(a) |

Defendants Wyndham Hotels and Resorts, LLC, Wyndham Hotel Management, Inc. (erroneously named as Wyndham Management Corporation), Wyndham Worldwide Operations, Inc. (erroneously named in the caption of the Complaint as Wyndham Worldwide Hospitality Operations, Inc. but properly named in Paragraph 7 of the Complaint), Days Inns Worldwide, Inc., and Travelodge Hotels, Inc. (collectively referred to herein as "Defendants"),[1] pursuant to 28 U.S.C. §§ 1441 (a) and 1446, hereby give notice of removal of this action. In support of this Notice, Defendants respectfully show the Court that:

---

[1] This Notice is filed on behalf of the Defendants named above (collectively "Defendants"). Another named Defendant, Cendantcom, Inc., was dissolved in 2001, and at present and at the time of the events alleged in the Complaint there was and is no such company in existence. In Paragraph 11 of the Complaint, Plaintiffs refer to "Defendant Days Inns Management Company, Inc." This entity, however, is not a named party in the caption of the case and is not included on the Civil Cover Sheet filed by Plaintiffs in this action. Defendants are unaware of service of any process upon such entity. In their caption, Plaintiffs refer to "Does 1-10." However, these individuals are not referenced anywhere else in the Complaint.

1. This action was commenced on April 4, 2008, in Guilford County, North Carolina, Superior Court, and is currently pending in Guilford County Superior Court as case number 08 CVS 5767.

2. Defendant Wyndham Hotels and Resorts, LLC was served with copies of the Summons and Complaint on April 8, 2008.

3. As of the date of this filing, there has been no Summons and Complaint served on Defendant Wyndham Hotel Management, Inc., either under its proper name or the erroneous name Wyndham Management Corporation.

4. Wyndham Worldwide Operations, Inc. (erroneously named in the caption of the Complaint as Wyndham Worldwide Hospitality Operations, Inc. but properly named in Paragraph 7 of the Complaint) was served with copies of the Summons and Complaint on April 8, 2008.

5. Defendant Travelodge Hotels, Inc. was served with copies of the Summons and Complaint on April 8, 2008.

6. Defendant Days Inns Worldwide, Inc. was served with copies of the Summons and Complaint on April 8, 2008.

7. Defendant Cendantcom, Inc. was dissolved on or about December 6, 2001.[1] *See* Declaration of Lynn A. Feldman filed May 8, 2008, ¶ 4.

8. True and accurate copies of the Summons and Complaint are attached hereto as Exhibits I through IV, respectively.

9. Defendants Wyndham Hotels and Resorts, LLC, Wyndham Hotel Management, Inc., Wyndham Worldwide Operations, Inc., Travelodge Hotels, Inc., and Days

---

[1] Evidentially, Plaintiffs attempted to serve Cendant Corporation on April 8, 2008, instead of the named Defendant Cendantcom, Inc.

-2-

Case 1:08-cv-00325-UA-RAE    Document 1    Filed 05/08/08    Page 2 of 6

Inns Worldwide, Inc., all maintain their principal places of business in New Jersey, and were all organized under the laws of the State of Delaware.

10. Wyndham Worldwide Corporation is the sole member of Wyndham Hotel Group, LLC which, in turn, is the sole member of Wyndham Hotels and Resorts, LLC. Wyndham Worldwide Corporation maintains its principal places of business in New Jersey, and was organized under the laws of the State of Delaware.

11. Plaintiff also names as Defendants Does 1-10. However, these individuals are not referenced anywhere else in the Complaint. Further, as fictitious parties, their citizenship shall be ignored for purposes of removal. *See* 28 U.S.C. § 1441(a).

12. Plaintiffs are all residents of and domiciled within the State of North Carolina. Complaint, ¶¶ 1-4.

13. Plaintiffs instituted this action seeking monetary relief and damages for Defendants' alleged unfair and deceptive trade practices, fraud, and abuse of process. Defendants aver upon information and belief that Plaintiffs seek damages in this action that exceed the sum of $75,000.

14. In addition, Plaintiffs seek attorneys' fees, which may be considered in determining the amount in controversy.

15. This Court, therefore, has original diversity jurisdiction in this action, pursuant to 28 U.S.C. § 1332, because there is complete diversity of citizenship between Plaintiffs and Defendants, the amount in controversy, exclusive of interest and costs exceeds $75,000.00, and none of the properly joined defendants is a citizen of this state. This action may be removed to this Court pursuant to 28 U.S.C. §§ 1441(a) and (b).

16. This Notice is filed within 30 days of service and is therefore timely pursuant to 28 U.S.C. § 1446(b).

17. Pursuant to 28 U.S.C. §1446(d), a true and accurate copy of this Notice, along with a Notice of Removal to Federal Court, will be filed with the Clerk of the General Court of Justice, Superior Court Division, Guilford County, North Carolina, promptly upon the filing of this Notice in the United States District Court for the Middle District of North Carolina, Greensboro Division. A true and accurate copy of the Notice of Removal to Federal Court which will be filed in the State Court along with this Notice is attached hereto as Exhibit V.

WHEREFORE, Defendants respectfully pray the Court that this action be removed from the General Court of Justice, Superior Court Division, Guilford County, North Carolina, to the United States District Court for the Middle District of North Carolina, Greensboro Division.

This the 8th day of May, 2008.

TROUTMAN SANDERS, L.L.P.

By: __/s/ D. Kyle Deak_____
    Gavin Parsons
N.C. Bar No. 28013
    D. Kyle Deak
N.C. Bar No. 35799
Attorneys for the Defendants
Post Office Drawer 1389
Raleigh, North Carolina 27602
Telephone: (919) 835-4107
gavin.parsons@troumansanders.com
kyle.deak@troutmansanders.com

-4-

Mark S. VanderBroek
GA. State Bar No. 724440
TROUTMAN SANDERS LLP
Attorneys for Defendants
600 Peachtree Street, N.E. Suite 5200
Atlanta, Georgia 30308-2216
Telephone: (404) 885-3432
Facsimile: (404) 962-6707
mark.vanderbroek@troutmansanders.com
*Pro Hac Vice Admission to be Filed*

- 5 -

I hereby certify that on May 8, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and that notices would be delivered electronically and/or by first-class mail, postage pre-paid to counsel for the parties.

Donald P. Eggleston
Rightsell & Eggleston, LLC
100 South Elm Street, Suite 510
Greensboro, North Carolina 27401
deggleston@ref-law.com

David W. McDonald
Hicks McDonald Noecker LLP
100 South Elm Street, Suite 510
Greensboro, North Carolina 27401
DMcDonald@hmnonline.com

TROUTMAN SANDERS LLP

By: __/s/ D. Kyle Deak_____
    Gavin B. Parsons
N.C. State Bar No. 28013
    D. Kyle Deak
N.C. State Bar No. 35799
Attorneys for Defendants
Post Office Drawer 1389
Raleigh, North Carolina 27602
Telephone: (919) 835-4107
gavin.parsons@troutmansanders.com